IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIMON COWELL CORONA,

      Petitioner,

v.

ERIN REYES, Superintendent of TRCI,

      Respondent.

Case No. 2:23-cv-00156-JR

JUDGMENT

IMMERGUT, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed. The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

    DATED this __4th__ day of April, 2023.

                                                  Karin J. Immergut
                                                United States District Judge